DOUGLAS A. WICKHAM, Bar No. 127268
JUDY M. IRIYE, Bar No. 211360
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
E-mail: dwickham@littler.com
judyiriye@littler.com

Attorneys for Plaintiff
BROWN & BROWN, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROWN & BROWN, INC., a Florida corporation,<br><br>  Plaintiff,<br><br> v.<br><br>JOHN SMALLEY,<br><br>  Defendant. | Case No. SACV 10-00452-DOC (MLGx)<br><br>**JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT**<br><br>Trial Date: None set<br>Date Action Filed: April 12, 2010 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
701 "B" Street
13th Floor
San Diego, CA 92101.8194
619.232.0441

Plaintiff Brown & Brown, Inc. ("Plaintiff" or "Brown") and Defendant John Smalley ("Defendant" or "Smalley") having stipulated to the entry of Judgment (hereinafter "Judgment") and the Court having determined that good cause appears therefor,

IT IS HEREBY ORDERED, ADJUDGE AND DECREED as follows:

1. Judgment shall be and hereby is entered pursuant to the terms of the parties' Joint Stipulation Re Permanent Injunction and Entry of Judgment and this Court's Order Re Permanent Injunction, and only a Permanent Injunction with no other relief shall be, and has been, entered against Defendant pursuant to this Court's Order Re Permanent Injunction;

2. This Court shall retain continuing jurisdiction to enforce this Judgment or this Court's Order Re Permanent Injunction in accordance with the terms of that Order; and

3. Except as expressly set forth in the Order Re Permanent Injunction and this Judgment, no other relief or damages is sought by or awarded to Plaintiff or Defendant in this action, and each Party shall bear his or its own attorneys' fees and costs with respect to the defense and prosecution of this action.

**IT IS SO ORDERED.**

Dated:    July 22, 2010

*David O. Carter*

HON. DAVID O. CARTER
U.S. DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
701 "B" Street
13th Floor
San Diego, CA 92101.8194
619.232.0441

2.